# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW HANTZIS,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Respondents. | Case No. CV 17-04554 ODW (RAO)<br><br>**JUDGMENT** |

    IT IS HEREBY ORDERED AND ADJUDGED that, for the reasons set forth in the related Order Summarily Dismissing Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, this action is dismissed without prejudice to Petitioner raising his claims in a non-habeas action.

DATED: September 19, 2018

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE